IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES MINT** | ) |
| Office of the Chief Legal Counsel | ) |
| United States Mint Headquarters | ) |
| 801 9th Street, N.W. | ) |
| Washington, D.C. 20220-0012 | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF THE TREASURY,** | ) |
| Office of General Counsel | ) |
| 400 7th Street, S.W. | ) |
| Washington, D.C. 20219 | ) |
| | ) |
|     **Defendants.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendants UNITED STATES MINT and UNITED STATES DEPARTMENT OF THE TREASURY to discharge their obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing records regarding the discontinuance of pennies.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant UNITED STATES MINT ("MINT") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant UNITED STATES DEPARTMENT OF THE TREASURY ("TREASURY") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. TREASURY is the parent agency of MINT.

## JURISDICTION AND VENUE

6. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

7. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MAY 28, 2025 FOIA REQUEST TO MINT

8. On May 28, 2025, Plaintiffs submitted a FOIA request to MINT seeking the following records:

> 1. Photographs of the US Mint's final production of one cent coins (pennies).
>
> 2. All communications, such as emails (including attachments), directives, memos, reports, letters, referencing the US Mint's final production of one cent coins (pennies).
>
> 3. The same types of records referencing the rounding up or down of cash prices to the nearest nickel.
>
> 4. All communications between the Mint and the Treasury Department Office of the Secretary referencing the final production of one-cent coins (pennies).

9. A true and correct copy of the FOIA request is attached as Exhibit 1.

10. MINT did not send any correspondence to Plaintiffs regarding this request.

11. As of the date of this filing, MINT has not issued a determination on Plaintiffs' request.

12. As of the date of this filing, MINT has failed to make any responsive records promptly available to Plaintiffs.

## COUNT I – MINT'S FOIA VIOLATION

13. Paragraphs 1-12 are incorporated by reference.

14. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

15. Defendant MINT is a federal agency subject to FOIA.

16. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

17. Defendant MINT has failed to conduct a reasonable search for records responsive to the request.

18. Defendant MINT has failed to issue a determination within the statutory deadline.

19. Defendant MINT has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

    i. declare that Defendants have violated FOIA;

    ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

    iii. enjoin Defendants from withholding non-exempt public records under FOIA;

    iv. award Plaintiffs attorneys' fees and costs; and

     v.     award such other relief the Court considers appropriate.

Dated: November 18, 2025

                         RESPECTFULLY SUBMITTED,

                         */s/ Matthew V. Topic*

                         Attorneys for Plaintiffs
                         JASON LEOPOLD,
                         BLOOMBERG L.P.

                         Matthew Topic, D.C. Bar No. IL0037
                         Stephen Stich Match, D.C. Bar No. MA0044
                         Merrick Wayne, D.C. Bar No. IL0058
                         LOEVY & LOEVY
                         311 North Aberdeen, 3rd Floor
                         Chicago, IL 60607
                         312-243-5900
                         foia@loevy.com